UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD FUEL SERVICES (SINGAPORE) PTE. LTD.**<br><br>**Plaintiff**<br><br>**VERSUS**<br><br>**M/V BULK JULIANA, her engines, tackle, apparel, etc.,** *in rem***, and DENMAR CHARTERING AND TRADING GMBH,** *in personam*<br><br>**Defendants** | **CIVIL ACTION NO.** |

## VERIFIED COMPLAINT

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

**NOW COMES** plaintiff, WORLD FUEL SERVICES (SINGAPORE) PTE. LTD., through undersigned counsel, and for its complaint against the M/V BULK JULIANA, her engines, tackle, apparel, etc., *in rem*, and DENMAR CHARTERING AND TRADING GMBH**,** *in personam*, avers:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. § 1333.

2.

Plaintiff WORLD FUEL SERVICES (SINGAPORE) PTE., LTD. (hereafter, "WORLD FUEL"), is a corporation organized and existing pursuant to the laws of the State of Texas, with its principal office at 238a Thompson Road #17 – 03 Novena Square Tower A, Singapore 307684, and is a seller and supplier of, among other things, fuels and fuel products for ocean-going vessels, including the fuel supplied to the M/V BULK JULIANA, as more fully described below.

3.

At all material times the M/V BULK JULIANA, IMO No. 9235854, was and still is a Panamanian Flag, ocean-going cargo vessel engaged in the carriage of goods by sea for hire between various foreign and domestic ports, and is now or will be during the pendency of process hereunder, within this district and within the jurisdiction of this Court.

4.

At all material times, defendant DENMAR CHARTERING AND TRADING GMBH (hereafter, "DENMAR") was and still is a corporation or other legal entity organized and existing pursuant to the laws of a State other than the State of Louisiana, or of a foreign country, with an office and place of business at Goldbekplatz 2, Hamburg 22303, Germany, and was the disponent owner and/or operator and/or charterer of the M/V BULK JULIANA.

5.

The plaintiff is informed and believes and therefore alleges that none of the officers of defendant DENMAR is now within this district and that the defendant does not maintain an office

within this district; but that there are now or will be during the pendency of this action certain goods, chattels, credits and effects belonging to or claimed by the defendant within this district, to wit: approximately 1,080.000 MT of bunkers, owned by the defendant DENMAR, and in the charge of the vessel's master on board.

6.

On about November 07, 2012, DENMAR contacted WORLD FUEL and ordered approximately 1,080.000 metric tons of fuel (bunkers) for delivery to the M/V BULK JULIANA at the Port of Singapore.  The price of the bunkers ordered by DENMAR was US$677,085.64 delivered to the vessel.  WORLD FUEL's electronic confirmation of DENMAR'S bunker purchase is attached to this Verified Complaint as Exhibit "A".

7.

The WORLD FUEL confirmation of the sale to DENMAR provides as follows:

"ALL SALES ARE ON THE CREDIT OF THE VSL.  BUYER IS PRESUMED TO HAVE AUTHORITY TO BIND THE VSL WITH A MARITIME LIEN.  DISCLAIMER STAMPS PLACED BY VSL ON THE BUNKER RECEIPT WILL HAVE NO EFFECT AND DO NOT WAIVE THE SELLER'S LIEN.  THIS CONFIRMATION IS GOVERNED BY AND INCORPORATES BY REFERENCE SELLER'S GENERAL TERMS AND CONDITIONS IN EFFECT AS OF THE DATE THAT THIS CONFIRMATION IS ISSUED.  THESE INCORPORATED AND REFERENCED TERMS CAN BE FOUND AT WWW.WFSCORP.COM.  ALTERNATIVELY, YOU MAY INFORM US IF YOU REQUIRE A COPY AND SAME WILL BE PROVIDED TO YOU."

7.

On November 13, 2012, in fulfillment of defendant DENMAR's order, plaintiff WORLD FUEL delivered 1,070.456 MT of MFO 380 and 9.270 MT of MGO to the M/V BULK JULIANA at the Port of Singapore.  The total cost of the bunkers, inclusive of anchorage, environmental, MARPOL compliance and agency fees, was US$677,085.64.  See the Bunker Delivery Notes dated November 13, 2012, and WORLD FUEL Invoice No. 171742-31501 dated November 15, 2012, attached as Exhibits "B" and "C", respectively.

8.

Pursuant to the Terms and Conditions governing the sale, DENMAR was required to pay for the bunkers within 30 days of their delivery to the vessel.  See Exhibit "A".  DENMAR has made no payment whatsoever toward the amount due under WORLD FUEL' Invoice No. 171742-31501, leaving a balance still due and owing in the amount of US$677,085.64.

9.

DENMAR's failure to pay the amount due for the bunkers in a timely manner, constitutes a breach of the bunker purchase agreement it had with WORLD FUEL, thereby triggered the accrual of interest and administrative fees under the contract in the amount of US$143,542.15, and attorneys' fees in an amount to be determined.

## FIRST CAUSE OF ACTION

10.

WORLD FUEL re-avers and re-alleges paragraphs 1 through 9 as if set forth herein, *in extenso*.

11.

Pursuant to 46 U.S.C. § 31342 plaintiff WORLD FUEL is entitled to assert and foreclose a maritime lien on the M/V BULK JULIANA in the amount of US$820,627.80, plus attorneys' fees.

## SECOND CAUSE OF ACTION

12.

WORLD FUEL re-avers and re-alleges paragraphs 1 through 9 as if set forth herein, *in extenso*.

13.

Plaintiff avers upon information and belief that defendant DENMAR cannot be found within this district, within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and therefore, its bunkers aboard the M/V BULK JULIANA may be condemned and sold pursuant to this Court's writ of attachment.

14.

On information and belief, defendant DENMAR is the owner of 1,080.000 MT, or more, of bunkers aboard the m/v BULK JULIANA, all of which are subject to be condemned and sold to satisfy any judgment rendered herein in favor of plaintiff.

## AS TO ALL CAUSES OF ACTION

15.

WORLD FUEL has performed all obligations required of it pursuant to the Terms and Conditions of the bunker supply contract with DENMAR.

16.

All conditions precedent to WORLD FUEL recovering the losses and damages described herein have occurred or have been performed by WORLD FUEL and/or its predecessors in title.

17.

All and singular, the maters alleged are true and the correct.

18.

WORLD FUEL reserves the right to amend and supplement this complaint as further facts become available.

**WHEREFORE**, plaintiff WORLD FUEL SERVICES, INC. prays that:

1) The Clerk of Court issue a warrant for the arrest of the M/V BULK JULIANA, IMO No. 9235854, her engines, tackle, apparel, etc. and that all persons claiming any right, title or interest in said vessel may be summoned to appear and answer under oath all and singular the matters aforesaid and that said vessel may be condemned and sold to pay the demand as aforesaid, together with interest thereon, costs and attorneys' fees;

2) The Clerk of Court issue a summons with process of attachment and garnishment against the defendant, DENMAR CHARTERING AND TRADING GMBH, and if defendant cannot

be found within this district, then its goods, chattels and credits within the district, and particularly its bunkers aboard the m/v BULK JULIANA, may be condemned and sold to pay the demand as aforesaid, together with interest thereon, costs and attorneys' fees

3) Process in due form of law issue against defendants DENMAR CHARTERING AND TRADING GMBH, citing them to appear and answer this Verified Complaint;

4) Judgment be entered in favor of plaintiff WORLD FUEL SERVICES, INC. and against defendants the M/V BULK JULIANA, her engines, tackle, apparel, etc., *in rem*, and DENMAR CHARTERING AND TRADING GMBH, *in personam*, for all sums shown to be due and owing at trial, together with interest and costs.

5) That plaintiff, WORLD FUEL SERVICES, INC. be awarded such other relief as it may be entitled to receive.

                                                                             Respectfully submitted,

FAY, NELSON & FAY, LLC
    */s/ John F. Fay, Jr.*
John F. Fay, Jr. (La. Bar #1870), T.A.
*jfay@faynelsonfay.com*
Craig R. Nelson (La. Bar Roll #8755)
*nelsonfay@cox.net*
Christina P. Fay (La. Bar #1869)
*cpfay@faynelsonfay.com*

Energy Centre
1100 Poydras St., Suite 2900
New Orleans, Louisiana 70163
Tel: (504) 799-2252
Fax: (504) 383-8920
*Attorneys for WORLD FUEL SERVICES, INC.*

**PLEASE ISSUE SUMMONSES AND COMPLAINT TO:**

**DENMAR CHARTERING AND TRADING GMBH**
**Goldbekplatz 2**
**Hamburg 22303**
**Germany**

# VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority, personally appeared

**JOHN F. FAY, JR.**

who was deposed and said that he is a member in the firm of Fay, Nelson & Fay, LLP, counsel for plaintiff herein, that he has read the above and foregoing Verified Complaint and knows the contents thereof and believes that the same are true and correct to the best of his knowledge and belief; that the sources of his knowledge and the grounds for his belief are various documents furnished and statements made to him by representatives of plaintiffs, and that the reason this verification is made by deponent and not by plaintiff is that plaintiff is a corporation, no officer of which is presently within this district.

*/s/ John F. Fay, Jr.*
**JOHN F. FAY, JR.**

**SWORN TO AND SUBSCRIBED**
Before, me this 13th day of August, 2013

*/s/ Christina P. Fay*
**NOTARY PUBLIC**
Christina P. Fay (La. Bar #1869)
My Commission Expires at Death

9